Railroad Company. No opinion. Transferred to Fourth Department.

SKIDMORE v. FOUNDRY IRON WORKS. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Frank Skidmore against the Foundry Iron Works. No opinion. Motion granted, with $10 costs. Order filed.

In re SLUTZKIN. (Supreme Court, Appellate Division, First Department. October 30, 1914.) In the matter of Maxwell R. Slutzkin. No opinion. Referred to official referee. Settle order on notice.

In re SMITH. (Supreme Court, Appellate Division, Fourth Department. October 7, 1914.) In the matter of Charles A. B. Smith, an attorney at law. No opinion. Mr. Charles A. Hawley, an attorney residing at Seneca Falls, appointed referee in place of Hon. William Carter, deceased, to pass upon the issues upon the testimony already taken and upon such further evidence as may be presented, and to report the same with his opinion thereon to this court. See, also, 155 App. Div. 945, 947, 140 N. Y. Supp. 1146.

SMITH, Respondent, v. BUFFALO, L. & R. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1914.) Action by Irving E. Smith against the Buffalo, Lockport & Rochester Railway Company. No opinion. Appeal from order dismissed, without costs, upon stipulation filed. See, also, 162 App. Div. 931, 147 N. Y. Supp. 1142.

SMITH, Respondent, v. DUNN, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Arthur R. Smith against William A. Dunn. No opinion. Order affirmed, with $10 costs and disbursements.

SMITH et al., Respondents, v. STEERS, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 6, 1914.) Action by Clement H. Smith and another against Susan G. Steers, impleaded. J. Burt, Jr., of New York City, for appellant. G. Hahn, of New York City, for respondent.
PER CURIAM. Judgment affirmed, with costs. Order filed.
INGRAHAM, P. J., and HOTCHKISS, J., dissent, on the ground that the contract between the parties did not authorize the plaintiff to make repairs at the expense of the defendant.

SMITH, Respondent, v. SMITH, Appellant, et al. (Supreme Court, Appellate Division, Third Department. September 9, 1914.) Action

by Joanna E. Smith against Bridget M. Smith, as administratrix, etc., of Patrick Feenan, deceased, impleaded with others. No opinion. Judgment unanimously affirmed, with costs. See, also, 159 App. Div. 932, 144 N. Y. Supp. 1145.

SOBOTIK, Appellant, v. INTERBORO RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by Michael Sobotik against the Interboro Rapid Transit Company. J. G. Grauer, of New York City, for appellant. B. H. Ames, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

SOEHNER, Appellant, v. NEW YORK CENT. & H. R. R. Co., Respondent. (Supreme Court, Appellate Division, Fourth Department. September 23, 1914.) Action by Margaret Soehner, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Appeal dismissed without costs, upon stipulation filed.

SPAETH, Respondent, v. GASTEIGER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by Louis Spaeth against John G. Gasteiger, and another.
PER CURIAM. Order affirmed, without costs.
THOMAS, J., dissents.

SPENCE v. WOOD et al. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Mildred C. Spence against John James Wood and others. No opinion. Order affirmed, with $10 costs and disbursements.

SPREEN, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Sophie Spreen, as administratrix, against the Erie Railroad Company. W. C. Cannon, of New York City, for appellant. S. A. Syme, of Mt. Vernon, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
LAUGHLIN and SCOTT, JJ., dissent.

STALLO v. JONES. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Edmund K. Stallo against Arthur H. Jones. No opinion. Motion denied, without costs. Order filed. See, also, 153 App. Div. 900, 138 N. Y. Supp. 1144; 149 N. Y. Supp. 1112.

STALLO, Appellant, v. JONES, Respondent. (Supreme Court, Appellate Division, First De-

partment. October 16, 1914.) Action by Edmund K. Stallo against Arthur H. Jones. Chas. Haldane, of New York City, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, /153 App. Div. 900, 138 N. Y. Supp. 1144; 149 N. Y. Supp. 1112.

STANDARD MAIL ORDER CO., Respondent, v. KAUFMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by the Standard Mail Order Company against Harry Kaufman and others. E. J. Myers, of New York City, for appellants. H. Taylor, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STANDARD STEAM SPECIALTY CO. v. CORN EXCH. BANK. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by the Standard Steam Specialty Company against the Corn Exchange Bank. No opinion. Motion granted. Order filed. See, also, 148 N. Y. Supp. 549.

STAR FINANCE CO. v. HICKEY. SAME v. ENTRIKEN. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Separate actions by the Star Finance Company against Patrick J. Hickey and against Henry J. Entriken. No opinions. Motions granted, unless appellant complies with terms stated in orders. Orders filed.

STEINER et al., Appellants, v. SWIFT, Respondent. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by Henry Steiner and others against Edwin H. Swift. B. E. Messler, of New York City, for appellants. E. J. Donegan, of Brooklyn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

STERN, Respondent, v. NEW YORK STATE RYS., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Action by Isaac Stern against the New York State Railways. No opinion. Judgment and order affirmed, with costs.

STINNER, Respondent, v. UNION RY. CO. OF NEW YORK CITY, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1914.) Action by John C. Stinner against the Union Railway Company of New York City. B. H. Ames, of New York City, for appellant. W. B. Dobbs, of New York City, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, on the ground

that the verdict of the jury as to the negligence of the defendant and the plaintiff's freedom from contributory negligence is against the weight of evidence. Settle order on notice. See, also, 147 N. Y. Supp. 1144.

STOKES, Respondent, v. CARPENTER et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by William E. D. Stokes against Orlando T. Carpenter and another. No opinion. As one of the defendants appellants has died since this appeal was taken, the action should be revived against his representatives before the appeal is determined. After an order of revival has been entered, the appeal may be placed upon the calendar and resubmitted.

STRAUSS v. SLATER et al. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Julius Strauss against Robert Y. Slater and others. No opinion. Order affirmed, with $10 costs and disbursements, on authority of Wilson v. Collins, 119 App. Div. 88, 103 N. Y. Supp. 1038, and Penn Oil & Supply Co. v. Cohn, 131 App. Div. 929, 116 N. Y. Supp. 124.

STRAWFORD, Respondent, v. GENERAL FILM CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Olive E. Strawford, as administratrix, etc., of Ivor S. Strawford, deceased, against the General Film Company. No opinion. Judgment and order unanimously affirmed, with costs.

SUHR, Appellant, v. CONNOR, Respondent. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Arthur Suhr, an infant, etc., against Benjamin F. Connor. No opinion. Motion granted, with $10 costs. See, also, 148 N. Y. Supp. 1145.

SULINSKI, Appellant, v. GRODSKY et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Josephina Sulinski against Joseph Grodsky and others. No opinion. Order modified, by fixing the attorney's lien herein at $43.75, instead of $20, and, as thus modified, affirmed, without costs of this appeal.

SULLIVAN, Respondent, v. GRAHAM, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by James Sullivan against Elizabeth J. Graham. No opinion. Judgment of the County Court of Queens County affirmed, with costs. See, also, 159 App. Div. 925, 144 N. Y. Supp. 1146.